
**Gmail**  Harrell Associates <harrellassoc1@gmail.com>

## Important information about your travel protection plan
1 message

**Allianz Global Assistance** <allianzglobalassistance@allianzassistance.com>       Fri, Jun 13, 2025 at 10:00 AM
Reply-To: customer.service@allianzassistance.com
To: harrellassoc1@gmail.com



Dear Valued Customer,

Allianz Global Assistance takes the data privacy of our customers very seriously. Accordingly, we are reaching out to you today to inform you of a recent incident that resulted in certain customer information being displayed to an unauthorized person(s).

First, please note that this incident did NOT result in the exposure of any credit/debit card or bank account information, social security numbers, or dates of birth.

On April 11, 2025, we experienced a targeted bot attack against our claim portal access point on our website. Our servers, systems, and infrastructure were not compromised. However, this issue resulted in your policy number being displayed, as well as one or more of the following:

- Your name and address
- Policy number
- Claim type (our four- letter code such as TINT for trip interruption, BDLS for baggage delay/loss, etc.)
- Claim status (single letter code O for open or F for finalized)
- Claim filed date
- Date of incident
- Amount claimed
- Payment information
    - Payment date
    - Payment type
    - Payee name

○ Check number / last 4 of account number (only the last four of our check number if claim was finalized by payment and last four of a bank account number if there was a direct deposit)

We believe that the access to this basic information poses no likelihood of being harmful to you. We do, however, understand that you may be concerned about this incident. As an additional precaution, we would like to offer you a free 1-year subscription to LifeLock Defender Choice from Norton LifeLock on behalf of Allianz Global Assistance. **Please reply to this email within the next 75 days, if you would like to accept this offer.**

We apologize for any inconvenience or concern this may have caused. This issue has since been resolved. Please feel free to contact me at dataprotection@allianz.com with any questions or concerns you may have.

Sincerely,

**Keith J. Redden-McAllister**
Director, Head of Compliance & Data Privacy, US

Terms, conditions, and exclusions apply.

Insurance benefits underwritten by BCS Insurance Company (OH, Administrative Office: 2 Mid America Plaza, Suite 200, Oakbrook Terrace, IL 60181), rated "A" (Excellent) by A.M. Best Co., under BCS Form No. 52.201 series or 52.401 series, or Jefferson Insurance Company (NY, Administrative Office: 9950 Mayland Drive, Richmond, VA 23233), rated "A+" (Superior) by A.M. Best Co., under Jefferson Form No. 101-C series or 101-P series, depending on your state of residence and plan chosen. A+ (Superior) and A (Excellent) are the 2nd and 3rd highest, respectively, of A.M. Best's 13 Financial Strength Ratings. Plans only available to U.S. residents and may not be available in all jurisdictions. Allianz Global Assistance and Allianz Travel Insurance are marks of AGA Service Company dba Allianz Global Assistance or its affiliates. Allianz Travel Insurance products are distributed by Allianz Global Assistance, the licensed producer and administrator of these plans and an affiliate of Jefferson Insurance Company. The insured shall not receive any special benefit or advantage due to the affiliation between AGA Service Company and Jefferson Insurance Company. Plans include insurance benefits and assistance services. Any Non-Insurance Assistance services purchased are provided through AGA Service Company. Except as expressly provided under your plan, you are responsible for charges you incur from third parties. Contact AGA Service Company at 800-284-8300 or 9950 Mayland Drive, Richmond, VA 23233 or customerservice@allianzassistance.com.

© 2025 AGA Service Company. We respect your privacy. We never sell your personal information to third parties or use it for any purpose other than as we describe in our privacy policy. If you'd like to unsubscribe from future Allianz Global Assistance email communications, click here.